# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| WAYNE A. KAASA ) | |
|    PLAINTIFF, ) | CIVIL ACTION NO. |
| ) | |
| VS. ) | 4:09-cv-306 |
| ) | |
| CREDIT BUREAU COLLECTION ) | |
| SERVICES, INC. ) | |
|    DEFENDANT ) | |

## NOTICE OF VOLUNTARY DISMISSAL

It is hereby stipulated by and between plaintiff, Wayne A. Kaasa, and defendant, Credit Bureau Collection Services, Inc., that Plaintiff's Complaint and all of Plaintiff's claims and causes of action arising herein be, and the same are, hereby dismissed with prejudice to plaintiff. The parties shall bear their own court costs.

Respectfully submitted,

**THE SWANEY LAW FIRM**

/s/ Robert T. Healey
Robert T. Healey
EDMO # 3356; Missouri Bar #34138
Attorney at Law
3460 Hampton, Suite 205
St. Louis, MO 63139
rhealey@swaneylawfirm.com
telephone: (314) 481-7778
fax:  (314) 481-8479