UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WAYNE A. KAASA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  4:09CV00306 AGF |
| | ) |
| CREDIT BUREAU COLLECTION SERVICES, INC., | ) ) ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Voluntary Dismissal [Doc. #10] filed by Plaintiff.  The parties consented to jurisdiction by the undersigned United States Magistrate Judge pursuant to 18 U.S.C. § 636(c).  In its Notice, Plaintiff states that the parties have stipulated to the dismissal of the claims, but the Notice itself is signed only by Plaintiff's counsel.  Where, as here, Defendant has filed an answer, Rule 41(a), Fed. R. Civ. P., requires that such dismissal be by court order, on the plaintiff's motion, or by "stipulation of dismissal signed by all parties who have appeared."  Inasmuch as all parties have not signed the Notice, the Court will treat Plaintiff's Notice as a motion to dismiss.  For good cause shown, and in light of Defendant's consent, Plaintiff's motion to dismiss shall be **Granted**, and this case shall be dismissed, with prejudice, each party to bear its own costs.

*[signature]*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

 Dated this 30th day of April, 2009.